IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ORLANDO BETHEL,**
    Plaintiff,

vs.                                       Case No: 3:05cv376/MD

**ESCAMBIA COUNTY SHERIFF'S OFFICE, et al.,**
    Defendants.

_____

**O R D E R**

    This cause is before the court upon plaintiff filing a pleading entitled "Motion to Enter Notice That the Party Orlando Bethel Conferred with Counsel Barbara Fromm According to the Requirement of N.D. Fla. Loc. R. 7.1(B) for Both Motions to Strike and All Motions to Submit Mediator and Motion to be relieved from Red Tape." (Doc. 77). In this motion, plaintiff certifies that on October 17, 2006 he conferred with opposing counsel in a good faith effort to resolve the issues raised in the following motions:

- Plaintiff's "Motion to Object and Strike Magistrate's Mediation Referral and 'Order' in Violation of Local Rule 16.3(c) and Federal Rule of Civil Procedure Rule 1 and Rule 5(e)," (doc. 76);

- Plaintiff's "Motion to Confirm Mediation with Joseph Scott, Jr. Certified Mediator from Mediation Centers World Wide, Inc.," (doc. 75); and

- Plaintiff's "Motion to for Relief from Red Tape in Violation of the First, Sixth and Fourteenth Amendments and Federal Rules," (doc. 74).

The court construes plaintiff's "Motion to Enter Notice . . ." as a Rule 7.1(B) Conference Statement concerning the above motions. Plaintiff is advised that in the future, he should not title his statement certifying compliance with Rule 7.1(B) as a motion; rather, he should either include the statement within the motion or file it as

a separate document entitled "Rule 7.1(B) Conference Statement." In the case of the latter, the statement should clearly identify the motions to which it pertains.

Accordingly, it is ORDERED:

1.  Plaintiff's "Motion to Enter Notice That the Party Orlando Bethel Conferred with Counsel Barbara Fromm According to the Requirement of N.D. Fla. Loc. R. 7.1(B) for Both Motions to Strike and All Motions to Submit Mediator and Motion to be relieved from Red Tape" (doc. 77) is construed as a Rule 7.1(B) Conference Statement, and the clerk shall change the docket to so reflect.

2.  Plaintiff's "Motion to Object and Strike Magistrate's Mediation Referral and 'Order' in Violation of Local Rule 16.3(c) and Federal Rule of Civil Procedure Rule 1 and Rule 5(e)," (doc. 76) is DENIED.

3.  Plaintiff's "Motion to Confirm Mediation with Joseph Scott, Jr. Certified Mediator from Mediation Centers World Wide, Inc.," (doc. 75) is DENIED.

4.  Plaintiff's "Motion to for Relief from Red Tape in Violation of the First, Sixth and Fourteenth Amendments and Federal Rules," (doc. 74) is DENIED.

DONE AND ORDERED this 26th day of October, 2006.


/s/ *Miles Davis*
　　　MILES DAVIS
　　　UNITED STATES MAGISTRATE JUDGE