# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ORLANDO BETHEL

    VS                                                         CASE NO.   3:05cv376/MD

ESCAMBIA COUNTY SHERIFF'S
OFFICE, ET AL

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on     November 27, 2006
Type of Motion/Pleading: MOTION TO STRIKE AND OBJECTION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT IN VIOLATION OF THE 7TH AMENDMENT AND
7.1(B) CERTIFICATE OF COUNSEL CONFERENCE.
Filed by: PLAINTIFF              on 11/22/06     Document  95 & 96
(  )  Stipulated/Consented/Joint Pleading
RESPONSES:

                                                         on _____ Doc.# _____
                                                         on _____ Doc.# _____
                                                         WILLIAM M. McCOOL, CLERK OF COURT

                                                          /s/ Teresa Cole
                                                         Deputy Clerk: Teresa Cole

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 29th day of November, 2006, that:

(a)   The requested relief is DENIED.

(b)   _____

                                                       /s/ *Miles Davis*

                                                       MILES DAVIS
                                                       UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

                                                      Document No.