IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ORLANDO BETHEL,**
    **Plaintiff,**

vs.                                                          **Case No. 3:05cv376/MD**

**ESCAMBIA COUNTY SHERIFF'S OFFICE, et al.,**
    **Defendants.**

___

**O R D E R**

This matter is before the court upon referral by the Clerk. On September 15, 2006 this court entered a mediation order requiring the parties to mediate this case by November 9, 2006 with Michael J. Schofield, with the mediator's report due within 14 days thereafter. (Doc. 66; *see also* doc. 40). The deadlines for conducting mediation and filing the mediator's report are now passed and the docket sheet does not reflect any notice of a scheduled mediation with Mr. Schofield or its outcome.[1] Therefore, the parties shall file a status report regarding the completion of the ordered mediation. In the event the parties have failed to mediate as ordered, they shall show cause why sanctions should not be imposed against plaintiff and counsel for defendants for their failure to comply with an order of the court.

Accordingly, it is ORDERED:

1. The parties shall have **five (5) days** from the date of this order to file a status report as to the completion of the ordered mediation. In the event the parties have failed

---

[1] The court appointed a mediator because the defendants did not agree to use the mediator chosen by plaintiffs. The court's mediation order made it clear that the mediator must be agreed to by all parties, failing which the court would appoint one. Contrary to plaintiffs' apparent belief, they do not dictate the choice of mediator.

to mediate with Mr. Schofield as ordered, they shall show cause why sanctions should not be imposed against plaintiff and counsel for defendants for their failure to comply with an order of the court.

2. Failure to comply with this order will result in the imposition of sanctions, which may include dismissal of this cause.

DONE AND ORDERED this 5th day of December, 2006.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**