IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ORLANDO BETHEL,**
    Plaintiff,

vs.                                                                                      Case No. 3:05cv376/MD

**ESCAMBIA COUNTY SHERIFF'S OFFICE, et al.,**
    Defendants.

## O R D E R

    This matter is before the court upon referral by the Clerk. On September 15, 2006 this court entered a mediation order requiring the parties to mediate this case by November 9, 2006 with Michael J. Schofield, with the mediator's report due within 14 days thereafter. (Doc. 66; *see also* doc. 40). The deadlines for conducting mediation and filing the mediator's report passed, and the docket sheet did not reflect any notice of a scheduled mediation with Mr. Schofield or its outcome. Therefore, on December 5, 2006 this court entered an order requiring the parties to file a status report regarding the completion of the ordered mediation. (Doc. 107). They were further advised that in the event they had failed to mediate with Mr. Schofield as ordered, they must show cause why sanctions should not be imposed against them for their failure to comply with an order of the court. The parties were expressly warned that failure to comply with the December 5 order would result in the imposition of sanctions, which may include dismissal of this cause without prejudice.

    In response to that order, defendants submitted a detailed account of their efforts to mediate this case with Mr. Schofield. (Doc. 108). They assert that they

spoke with a legal assistant for Mr. Schofield to clear dates for mediation, and that the date of  November 1, 1006 was selected for that purpose.  However, plaintiff refused to accept Mr. Schofield as the mediator and repeatedly insisted that his choice of mediator (Joseph Scott) was the only possible selection.  Accordingly, the mediation did not occur on November 1, 2006.  Defendants contend that plaintiff's insistence on Mr. Scott as the only possible mediator made it impossible to schedule mediation with Mr. Schofield as ordered by this court.

Plaintiff has not responded to the December 5, 2006 order, nor has he disputed defendants' version of events. Indeed the record in this case, including the attachments to defendants' response and plaintiff's past submissions to this court, demonstrate that plaintiff has failed to comply with the mediation order and this court's December 5 order.

Accordingly, it is ORDERED:

1. This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2. All pending motions are DENIED as moot.

3. The Clerk is directed to enter judgment in favor of defendants, and close this file.

DONE AND ORDERED this 13th day of December, 2006.

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE